Aug 23, 2023 this court*

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
### _____ DIVISION at _____

Eastern District of Kentucky
FILED
MAY 22 2024
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 2:24-CV-86-DLB (Court Clerk will supply)

**PLAINTIFF:** Paula, Greg, Mark,* Donna (Berns) Zelesnik

VS:

Congressman Thomas Massie
Mimi Drees (do not use "et al.", enter full names)
VFW Ludlow KY
Bellewood Lanes
AA Rowing Club
Vladimir Putin cc Russia Daly 41042

Demand for Jury Trial: May 31 2024
Yes (✓) No ( )
Bratton
124
45202

**DEFENDANTS** 7 Powell St. 41042

## I. Plaintiff:

A. Name (list any aliases): Paula Zelesnik

B. Prisoner ID #: n/c  Check one: Convicted ___ Pretrial Detainee ___
Zelesnik vs The Ohio State U
-P136 Obama 2011

C. Place of present confinement: D1's -cf6 of 1

D. Address: 1000 Sycamore St
Cincinnati Ohio 45202

## II. Defendant(s): (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: Congressman Thomas Massie
   Title or Position: Drees Builders  41017
   Place of Employment: 411, 413 Madison Rd
   Covington KY 41011
B. Defendant's Name: Frisch's Covington KY
   Title or Position: Covington PD
   Place of Employment: Radisson Trev
   VFW Latonia Ludlow
   Sue Ellen Algonquin

Page 1 of 8

Extended Stay Florence KY

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action
Dec 29, 2022 - Feb 21, 2023

C. Defendant's Name: 4001 Rosslyn Dr.
Title or Position: Oakley OH
Place of Employment: 45209

D. Defendant's Name: I-75 for Park
Title or Position: College Ohio
Place of Employment: 300 Dayton 45469

E. Defendant's Name:
Title or Position:
Place of Employment:

### III. Statement of Claim:

The Federal Courts An Essential History
Peter Charles Hoffer, Williamjames Hull Hoffer and N.E.H. Hull

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

Hebron KY 41048 ee Russia Thomas Massie lost US Navy AFTP @ 2775 Ted Bushelman Blvd Florence KY near AA Alano Club drug dealers + Ex KY Marine Phil March 24 2023. Referring to pg 246 "Federal Courts in the Progressive Era 1897-1919 when my grandfather Daniel Zelesnik was born in Garfield Heights & went to St Ignatius College and served in US Navy, pp1 Postmaster Thomas Massie following orders from Covington KY @ cvg, barred sending my Appeal CA027010, to Judge Dankof on time @ Hyde Park Post Office Jan 6 2016.

Susan.Shellenberger@ge.com
CA027010 45422
573 243 2000

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

I am suing the University of Dayton, Beavercreek Ohio, Beavercreek PD, Wright Patt AFB, WPAFB Credit Union, GE Credit Union, Evendale Social Security Office, Cincinnati Post, Duke Energy, Blue Ash PD, for the removal of 708 heat shields for from GE Steve Molton's 708 US Certified GE90-115B's, the GE90-115B test equipment & reports 1999-2000.

Nolotrek vs Steve Molton 19-cv-04050 for GE's alleged April 1999 @ Good Sam NASA's abortion — AETA

B. When did these events happen?

1994 Professor Khan's chemical engineering classes at the University of Cincinnati per Steve Dasenbrock, Judges Blau, Zatta, Berkowitz, Bunning, Anderson, Rautt, Rost, Dankof, Pearson, Polster.

see Federal Carey vs Ohio Senators Sherrod Brown to Rob Portman Cleveland Elementary Federal Court Cleveland Ohio

Page 3 of 8

Records Cleveland Library, PJ Rockefeller Bldg 1800's SSI from

C. Where did these events happen?

Covington KY Covington sugar Thorney Wernie's Disk Trucks ASL see Cincinnati Enquirer map yesterday of everyone who voted for President Joe Biden [=AETD —$100 trillion for KY]

P3

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

all passengers' rights Southwest, Spirit, JAL, Allegiant, Frontier, NASA's Deliveries, ALL

P3

IV. **Exhaustion of Administrative Remedies**

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations? YES (___) NO (___)

2. If so, did you (check **ALL** that apply):
   ___ file a request or appeal to the Warden _____ date
   ___ appeal to the Regional Director _____ date
   ___ appeal to the Office of General Counsel _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? _____

_____

_____

_____

5. If you did not file a grievance, why not? _____

_____

_____

_____

B. **State Prisoners** answer the following:

1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?    YES (___)  NO (___)

2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

   _____ file a grievance and seek an informal resolution        _____ date
   _____ request a hearing from the Grievance Committee          _____ date
   _____ appeal to the Warden                                    _____ date
   _____ appeal to the Commissioner                              _____ date

   Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
   YES (___)  NO (___)
   
   _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? _____

_____

_____

_____

5. If you did not file a grievance, why not? _____

_____

_____

_____

C. **County or City Prisoners** answer the following:
1. Is there a grievance/appeal policy at your jail? YES (__) NO (__)
2. ATTACH a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____

3. Did you file a grievance regarding these facts? YES (__) NO (__)
4. If you filed a grievance:

a. What steps did you take to use the grievance process? _____

_____
_____
_____
_____

b. What was the result? _____

_____

c. If unsuccessful, did you file an appeal? YES (__) NO (__)
d. What was the result? _____

_____

e. Did you take any further steps in the grievance process?
   YES (__) NO (__)    NO MORE AVAILABLE (__)
f. What was the result? _____

_____

5. If you did not file a grievance, why not?: _____

_____
_____
_____

*See attached 1 sheet*

2:21-MC-00001-der

## V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action? YES (__) NO (__)

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _____

Defendant(s): _____
_____
_____

2. COURT: (name the district for a federal court, or the county for a state court)

_____

3. CASE NO.: _____ DATE FILED: _____

4. OUTCOME: (is the case still pending? was it dismissed? being appealed?)

_____
_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff _____ vs. Defendant(s) _____

   Court Name: _____ Case No.: _____

   Nature of Claim: _____ Date Filed: _____

   Outcome: _____ Date: _____

2. Plaintiff _____ vs. Defendant(s) _____

   Court Name: _____ Case No.: _____

   Nature of Claim: _____ Date Filed: _____

   Outcome: _____ Date: _____

**2:21-mc-00001-DCR** Zelesnik v. McConnell et al
Danny C. Reeves, presiding
P SO, referral
**Date filed:** 12/09/2021
**Date terminated:** 12/13/2021
**Date of last filing:** 12/13/2021

Mobile Query

**Query**

- Alias
- Associated Cases
- Attorney
- Case File Location...
- Deadlines/Hearings...
- Docket Report...
- Filers
- History/Documents...
- Party
- Case Summary
- View a Document

Troops left Afghanistan Aug 30 2021

War in Ukraine started Feb 24 2022

Bengals lost SB Feb 2022

KY lost AETP for KY Marines & AA Promises Club + Drees Builders

March 24 2023 ~ 1 year ago

cc CT Chris Murphy, Groton CT $1 billion refurbish submarine

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____  Case No.: _____

Nature of Claim: _____  Date Filed: _____

Outcome: _____  Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

all Bengals pay CORE stadium 2 Radisson Inn Covington KY attempt on my life WW3 Elon Musk Duke Energy - AETP 35 years Covington KY fraud - F35 KOI COI D2 Bell 45208 Bell Dental David Pepper Angie Pepper fraud refused to rebuild parachuted to MITCH vs Blue Ash FAA June 2020 FAA prairie effect + TikTok

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Paula Nolan _____  _____  5-21-2024

Signature of Plaintiff     Prison ID#     Date

Plaintiff's Address: 1000 Sycamore St
979  Covey OH
45202

Page 8 of 8