### INSTRUCTIONS

This form is for use by non-prisoners. If you are a prisoner, you must use AO Form 240 and EDKy Form 523.

This form consists of 6 pages. Complete all questions in this application and then sign it. Do not leave any blanks: If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## _____ DIVISION at _____

### MOTION AND AFFIDAVIT IN SUPPORT OF
### MOTION TO PROCEED IN FORMA PAUPERIS

Eastern District of Kentucky
FILED

MAY 22 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

Paula Zelesnik
Plaintiff's Full Name

2631 Erie Ave #2
Hyde Park Cincy, OH 45208
Address
near 14 W 4th St 45202

VS: US Navy — AETP
41042

CASE NO. 2:24-CV-86-DLB
(To be completed by Court)

Brian Ayers, Sherrod Brown
Harrises @ JC
Defendants

VP Kamala Harris
2:23-cv-109, 125 (41011)
Address

cc Cleveland Federal Court
801 W Superior Ave 44113
Oct 4 2023

I. **Your inability to pay is based on the following financial information.**

1. Estimate the average amount of money you receive from the following sources during the past 12 months.
   a. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.
   b. If you receive amounts bi-weekly, quarterly, etc., convert that amount to a monthly amount.
   c. If you are married, you **must** include amounts for both you and your spouse.

| Sources of Income | Average Monthly Amount During the Past 12 Months | | Amount Expected Next Month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | | | | |
| Self-employment | | | | |
| Income from real property (such as rental income) | | | | |
| Interest and dividends | | | | |
| Gifts | | | | |
| Alimony | | | | |
| Child Support | | | | |
| Retirement (such as social security, pensions, annuities, and insurance) | | | | |
| Disability (such as social security, insurance payments) | | | | |
| Unemployment payments | | | | |
| Public assistance (such as welfare) | | | | |
| Other (specify): | | | | |
| Total Monthly Income | | | | |

2. List your employment history for the last 5 years, starting with most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3. List your spouse's employment history for the last 5 years, starting with most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $_____
   List any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount in Your Name | Amount in Spouse's Name |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

5. List the assets that you or your spouse own and their value (do not list clothing, furniture, etc.)

| Home | Other Real Estate | Motor Vehicle #1 | Motor Vehicle #2 | Other Assets (describe) |
|---|---|---|---|---|
| Value $ | Value $ | Make/Yr | Make/Yr | |
| | | Model | Model | |
| | | Reg. # | Reg # | |
| | | Value $ | Value $ | Value $ |

6. List every person, business, or organization that owes you or your spouse money, and the amount owed.

| Name of Person Owing You or Your Spouse Money | Amount Owed to You | Amount Owed to Your Spouse |
|---|---|---|
| | | |
| | | |
| | | |

7. Estimate the average monthly expenses for you and your family:
   a. If you make a payment bi-weekly, quarterly, etc., convert that amount to a monthly payment.
   b. List expenses paid by your spouse separately.

| Expense | | | | | You | Your Spouse |
|---|---|---|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | | | | | |
| Are real estate taxes included? | Yes | | No | | | |
| Is property insurance included? | Yes | | No | | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | | | | | | |
| Home maintenance (repairs and upkeep) | | | | | | |
| Food | | | | | | |
| Clothing | | | | | | |
| Laundry and dry-cleaning | | | | | | |
| Medical and dental expenses | | | | | | |
| Transportation (not including motor vehicle payments) | | | | | | |
| Recreation, entertainment, newspapers, magazines, etc. | | | | | | |
| Insurance (not deducted from wages or included in mortgage payments) | | | | | | |
| Homeowner's or renter's | | | | | | |
| Life | | | | | | |
| Health | | | | | | |
| Motor vehicle | | | | | | |
| Other: | | | | | | |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | | | | | | |
| Motor vehicle | | | | | | |
| Credit card (name) | | | | | | |
| Department store (name) | | | | | | |
| Alimony, maintenance, and support paid to others | | | | | | |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | | | | | | |
| Other (specify): | | | | | | |
| **Total Monthly Expenses** | | | | | | |

8. List the persons who rely on you or your spouse for financial support.

| Name | Relationship | Age |
|------|--------------|-----|
|      |              |     |
|      |              |     |
|      |              |     |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? Yes_____ No_____
   If yes, how much? $_____ (explain below)

   _____
   _____
   _____

10. Have you paid or will you be paying an attorney any money for services in connection with this case, including completion of this form? Yes_____ No_____
    If yes, how much? $_____ Provide the attorney's contact information below:

    Name and telephone number: _____
    Address: _____

11. Have you paid or will you be paying a paralegal, typist, or other person any money for services in connection with this case, including the completion of this form: Yes_____ No_____
    If yes, how much? $_____ Provide the person's contact information below:

    Name and telephone number: _____
    Address: _____

12. Provide any other information that will help explain why you cannot pay the filing fees for your case.

    _____
    _____

13. State the address of your legal residence:

    _____
    _____

Daytime phone: (_____) _____ Age: _____ Years of schooling: _____

## II. Affidavit in Support of Motion

I swear or affirm, under penalty of perjury, that because of my poverty I cannot prepay the filing fees of my case or post a bond for them and I request permission to proceed *in forma pauperis*. I believe I am entitled to redress.

I swear or affirm under penalty of perjury under the laws of the United States that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Signed *Paula Zelesnick* Date 5·21·2024

Print your name Paula Zelesnick

I owe ~200k in student loans to USA student loan fraud:

P Zelesnick vs UC, OSU, UD, DU, Franklin U 43215

1:2017·cv·209·211, 710

100 E 5/8th St 45202

cc Duquesne U / AETP & D3 Westinghouse 2008 Housing Collapse Walz Mill PA